IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 16-24-1 |
| | : | |
| JOSE LUIS HERNANDEZ-RAMON | : | |

## ORDER

**AND NOW**, this 28th day of October 2022, upon considering the pro se Motion for compassionate release (ECF Doc. No. 80) as supplemented by appointed counsel's Memorandum (ECF Doc. No. 82), the United States' Response (ECF Doc. No. 84), and for reasons in the accompanying Memorandum, it is **ORDERED** the Motion for compassionate release (ECF Doc. No. 80) is **DENIED** without prejudice.

_____
KEARNEY, J.